**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 100.34.137.123
**Total Works Infringed:** 32  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FB6D45F0A6BD5E28A418EF8AC262EC06C6D4A40B<br>File Hash:<br>EE6802769054BFB182B32EB472AE2616FD92D062D9A3A75A2EB5D4BA1B2F0661 | 05-15-2022 17:29:45 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 2 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 05-15-2022 17:27:58 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 3 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash:<br>D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 05-01-2022 00:02:10 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 4 | Info Hash: 8B14A4AE8ED2D062F6A79471C54236084FD7B64B<br>File Hash:<br>7302A0492C329BF92DB69A82BB5F0258165D3940FD4DD4AB930E3BD6A9C8AC2C | 05-01-2022 00:01:08 | Blacked | 05-05-2018 | 05-24-2018 | PA0002101366 |
| 5 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 05-01-2022 00:00:49 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 6 | Info Hash: 6EB32DF847E80D6C5B464B5437CACB83D6859117<br>File Hash:<br>3D544C0BC82693F95C9787D0467049B078ADA2B10688785A93BC7F9275AA3A4E | 05-01-2022 00:00:34 | Blacked | 05-09-2020 | 06-08-2020 | PA0002243649 |
| 7 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash:<br>FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 05-01-2022 00:00:25 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 8 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash:<br>7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-01-2022 00:00:21 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 9 | Info Hash: 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57<br>File Hash:<br>08AD74E95AD3720928E97453FC2F04E16A2221467A2120B727DEE1BA6BF28384 | 05-01-2022 00:00:19 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 10 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash:<br>743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 05-01-2022 00:00:15 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 11 | Info Hash: A79E1BEA716422681872B46A4AC579C82B92D143<br>File Hash:<br>4BFFA4BEDA4DA82D9C1C41DB5B85569501D6F5158228026CBE8B3B956EA24299 | 04-30-2022 20:59:11 | Blacked Raw | 12-08-2018 | 12-18-2018 | PA0002141919 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash:<br>B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 04-30-2022<br>20:59:04 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 13 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash:<br>6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 04-30-2022<br>20:58:48 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 14 | Info Hash: E410F33384AA7AF5BA07E2BE74E012D22910345D<br>File Hash:<br>298EDF6A5F418A22094BF7150147769581BADDC8A9C6460E7A53579EBA1E4385 | 04-30-2022<br>18:50:59 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 15 | Info Hash: BCB036C989D58ECF7F9CEA9F9149936EC88CAE83<br>File Hash:<br>90FABA150526202169B855D03E9F549E10C6149131A5ED1D1ECB04B7D8BA7C44 | 04-28-2022<br>18:05:34 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 16 | Info Hash: F0DA147A14198B014044C1205BB3950A08D64080<br>File Hash:<br>E0CB089B233AA916BFE9DA1BC9EAC94412020D3AA408A6A4CFB754964E5B9D8D | 04-28-2022<br>17:57:55 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 17 | Info Hash: 7EE0D19E00AE8631B8D576A0D8701E7C59BFD92F<br>File Hash:<br>AC967047B9431A6010B23DCE600F6B6BE7CAEAE967460D6B6C873161A24BE5F6 | 04-28-2022<br>17:54:27 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 18 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash:<br>CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 04-28-2022<br>17:54:25 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 19 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash:<br>4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 04-28-2022<br>17:53:15 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 20 | Info Hash: AE239D62AECAF3E11B72744CA93C44F09BAECD9C<br>File Hash:<br>6B4C4CD4D964230FA2015B2EC284EBE46D07C20601BAA85EACA54D4B3B52BEA3 | 04-27-2022<br>19:49:19 | Blacked Raw | 02-11-2018 | 03-02-2018 | PA0002104740 |
| 21 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash:<br>A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 04-27-2022<br>16:41:01 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 22 | Info Hash: CCFBB306EDF927ECCFB2A0DE17187C2DB1286649<br>File Hash:<br>71CB18DF80E67C04754D77C5108BD642EBAF2453946954CDE892950CB7DAF10B | 04-27-2022<br>16:40:07 | Blacked | 12-26-2019 | 01-27-2020 | PA0002223955 |
| 23 | Info Hash: 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C<br>File Hash:<br>586893E43CB7D0015D78CEB0A8BCD237A3DA3E6EA2BDE57CF7D7278B51BC54BC | 04-27-2022<br>16:39:46 | Blacked Raw | 07-01-2018 | 07-26-2018 | PA0002112161 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: D9261D3722C161272619A45A80E6F849B0BC63B5<br>File Hash: 9272236D752743F64E074A94ECCD8E592FB3F4520DD24DD9BEFF5878C22DC176 | 04-25-2022 23:16:39 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 25 | Info Hash: 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E<br>File Hash: FBC4A307DFC7F19702E7F160ED53E04D9C37036D235F55A57AD3E47384A11A2A | 04-25-2022 23:16:19 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 26 | Info Hash: FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559<br>File Hash: B4937322F81C7CF7B8CF38C6E2BA706A84ED0E37377A132A1E82C5A6AA5B1C78 | 04-25-2022 16:53:32 | Blacked | 09-22-2017 | 10-10-2017 | PA0002057455 |
| 27 | Info Hash: 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8<br>File Hash: C066017535B7C091F2C4A43060E4FCAC273287C23CB26C3F48178E5B761E13DE | 04-25-2022 16:49:19 | Blacked Raw | 08-10-2018 | 09-05-2018 | PA0002135668 |
| 28 | Info Hash: 47BF158F64C12785E111714AF9A6D0C692778D77<br>File Hash: D91CEA86DB0FED8DD5A4F937683DE4F1B42E2E4D626D2290A06D6BFE11A954C6 | 04-24-2022 03:29:36 | Blacked | 10-02-2017 | 10-10-2017 | PA0002086142 |
| 29 | Info Hash: FC737FCE7A9548867EF99172A2951C431AA74E03<br>File Hash: B5E86EEBB2CF368BE09B3B094531A43227C492A789F82F0C087CAA730C2C7F61 | 04-23-2022 16:22:26 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 30 | Info Hash: 8353F4631A78E6DC2342C97336E4C914EF5A5F4C<br>File Hash: E27F294BF15EE2AAA116EB4AD31699884120D036323B9960A2D3909627A48462 | 04-22-2022 19:37:26 | Blacked | 05-15-2019 | 07-05-2019 | PA0002206387 |
| 31 | Info Hash: BD4ADA92D9E1AD87E042F305867F10A9BB39EB48<br>File Hash: F1EA832C2B5392ED4C2656330A3476A419E3D7822E796D5BDF2E8BB828BA8AE2 | 04-22-2022 15:33:04 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 32 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 04-22-2022 15:11:09 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |